TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00582-CV

Bruce W. Crooker, Appellant

v.

Margaret I. Knight and Charles M. Knight, Appellees

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL

DISTRICT

NO. 94-142-C277, HONORABLE JOHN R. CARTER, JUDGE PRESIDING

PER CURIAM

 Appellant Bruce W. Crooker has filed a motion to dismiss this appeal. The motion is
granted. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.

Before Justices Powers, Jones and Kidd

Dismissed on Appellant's Motion

Filed: March 20, 1997

Do Not Publish